```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:
                                                              Chapter 11
THE D & M CAPITAL GROUP, LLC,
                                                              Case No. 19-11711 (SCC)
                Debtor.
------------------------------------------------------------X
THE D & M CAPITAL GROUP, LLC,

                Plaintiff,

        -against-
                                                              Adv. Pro. No.: 19-1300 (SCC)
ESSEX GLOBAL TRADING, LLC,

                Defendant.
------------------------------------------------------------X
```

## ORDER DENYING DEBTOR'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND GRANTING STIPULATED RELIEF

**UPON** the Motion of Plaintiff The D&M Capital Group, LLC**,** seeking various forms of equitable relief, including an order pursuant to Fed. R. Civ. P. Rule 65:(a) enjoining Essex Global Trading, LLC from: secreting, concealing, selling, hypothecating or encumbering certain assets defined as the "Precious Stones" in the Plaintiff's complaint, and; a hearing having been held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, New York, 10004 (the "Courthouse") on June 26, 2019, it is

**ORDERED,** that the Motion is DENIED except as to relief stipulated to by Defendant, namely that, pending further order of this Court, Defendant Essex Global Trading, LLC is restrained and enjoined from transferring the items identified in the

1

Chart attached to this Order as Exhibit 1 Precious Stones as Item Nos. JE0104 and JP 0105.

Dated: New York, New York
July 1, 2019

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1 - Precious Stones

DIAMOND TRANSACTIONS

| Party delivering goods | Date of delivery | Description | Value | Notes |
|---|---|---|---|---|
| D&M | May 21, 2019 | Class JR0182 - One PL Ring with 23.38 CTS,KASHMIR SAPPHIRE WITH (2) BLTS 0.89 AND 0.83 CTS JR0182 | $5,350,000.00 | Invoice No. 12462 |
| | | CLASS DM2950 10.51 PS FDORPK VS1 | $2,150,000.00 | |
| D & M | May 9, 2019 | Qty 107 - ~~Class DM 2950~~ - Item No. JR0280 - YG Diamond Ring with SE 10 02CT FVY VS2 Set with FYI Melee 2 15 CT TW | $1,100,000.00 | Memo No. 5296 |
| D & M | March 28, 2019 | Qty 1009 – Ct 10.8 Item No. JR0306 Platinum Ring with Ruby 7.02 CT surrounded by 8 OV 3.43 CT with Micro Pave on Shank 35 CT | $2,500,000.00 | Memo No. 5276 |
| D & M | Feb. 28, 2019 | Qty 12 – 34.97 Ct Item No. JE0104 A Pair of Emerald Pearl and Diamond Earring with Two Drop Emerald Briolettes | $550,000.00 | Memo No. 5251 |
| | | Item No. JP 0105 – One cross pndt with (7) FIPK Diamonds 4.69CTS TTL AND 117 CTS White melee 0.2 CTS TTL ON CAPS AT END | $1,380,000.00 | |
| TOTAL | | | $13,030,000.00 | |