TROUTMAN SANDERS LLP
875 Third Avenue
New York, New York 10022
Tel: (212) 704-6000
Fax: (212) 704-6288
Aurora Cassirer
Brett D. Goodman
Alissa K. Piccione
Aurora.Cassirer@troutman.com
Brett.Goodman@troutman.com
Alissa.Piccione@troutman.com

*Counsel to the Plaintiff*
*The D&M Capital Group, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In re:

THE D&M CAPITAL GROUP, LLC,

                        Debtor.

Chapter 11

Case No. 19-11711(SCC)

--------------------------------------------------------------------- X

THE D&M CAPITAL GROUP, LLC,

                        Plaintiff,

-against-

ESSEX GLOBAL TRADING, LLC, ALEKS PAUL, and "JOHN DOES," said names being fictitious and unknown,

                        Defendants,

-and-

RADWAN DIAMOND & JEWELLERY TRADING, ULTIMATE DIAMOND CO., S.B. DIAMOND CORP., PALAWAN HOLDINGS LIMITED, and GEMCUT S.A.,

                        Nominal Defendants.

Adv. Pro. No. 19-01300 (SCC)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

# ORDER TO SHOW CAUSE

**UPON** the reading and filing of the Declaration of Aurora Cassirer, dated September 13, 2019, and upon all the pleadings, proceedings and papers had in this action it is hereby

**ORDERED** that Essex Global Trading, LLC, and Aleks Paul (together, the "Defendants") **SHOW CAUSE** before this Court, at the United States Courthouse located at One Bowling Green, New York, New York at  12:00 p.m.  on 9/26/19  why an order should not be made and entered: (i) temporarily, preliminarily and/or permanently, enjoining and restraining the Defendants, and all persons known and unknown acting on their behalf or in concert with them, in any manner or by any means, from transferring, selling, encumbering, or otherwise disposing of the first four items identified in the chart attached hereto as Exhibit 1 (collectively, the "Four Stones"); and (ii) directing the Defendants to immediately bring back the Four Stones and place them in transit from their current location(s) to the United States and, upon their return, depositing the Four Stones in the vault at Chase Bank where Item Nos. JE0104 and JP105 are currently being kept, or some other safe location under control of counsel; and (iii) granting any such other relief as the Court may deem just and proper; and it is further

**ORDERED** that, pending the hearing of this Order to Show Cause, Defendants are temporarily enjoined from transferring, selling, encumbering, or otherwise disposing of the Four Stones; and it is further

**ORDERED** that service of a copy of this Order, together with the papers upon which it is granted, upon all parties by email and overnight mail on or before the 16th day of September 2019, shall be deemed good and sufficient service, and Plaintiff shall file proof of such service on the docket of this action.

Dated: New York, New York
September 13, 2019

SO ORDERED:

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

DIAMOND TRANSACTIONS

| Party delivering goods | Date of delivery | Description | Notes |
|---|---|---|---|
| D&M | May 21, 2019 | Class JR0182 - One PL Ring with 23.38 CTS,KASHMIR SAPPHIRE WITH (2) BLTS 0.89 AND 0.83 CTS JR0182<br><br>CLASS DM2950 10.51 PS FDORPK VS1 | Invoice No. 12462 |
| D & M | May 9, 2019 | Qty 107 - Class DM 2950 - Item No. JR0280 - YG Diamond Ring with SE 10 02CT FVY VS2 Set with FYI Melee 2 15 CT TW | Memo No. 5296 |
| D & M | March 28, 2019 | Qty 1009   Ct 10.8<br>Item No. JR0306<br>Platinum Ring with Ruby 7.02 CT surrounded by 8 OV 3.43 CT with Micro Pave on Shank 35 CT | Memo No. 5276 |
| D & M | Feb. 28, 2019 | Qty 12   34.97 Ct<br>Item No. JE0104<br>A Pair of Emerald Pearl and Diamond Earring with Two Drop Emerald Briolettes<br><br>Item No. JP 0105   One cross pndt with (7) FIPK Diamonds 4.69CTS TTL AND 117 CTS White melee 0.2 CTS TTL ON CAPS AT END | Memo No. 5251 |