UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

In re:

THE D&M CAPITAL GROUP, LLC,

                                      Debtor.

Chapter 11

Case No. 19-11711(SCC)

---------------------------------------------------------------------X

THE D&M CAPITAL GROUP, LLC,

                                      Plaintiff,

Adv. Pro. No. 19-01300 (SCC)

-against-

ESSEX GLOBAL TRADING, LLC, ALEKS PAUL,
and "JOHN DOES," said names being fictitious and
unknown,

                                      Defendants,

-and-

RADWAN DIAMOND & JEWELLERY TRADING,
ULTIMATE DIAMOND CO., S.B. DIAMOND CORP.,
PALAWAN HOLDINGS LIMITED, and
GEMCUT S.A.,

                                      Nominal Defendants.

---------------------------------------------------------------------X

ESSEX GLOBAL TRADING, INC.

                                      Third-Party Plaintiff,

-against-

MOTY SPECTOR,

                                      Third-Party Defendant.

---------------------------------------------------------------------X

## <u>NOTICE OF CHANGE OF FIRM NAME</u>

TO:    THE CLERK OF THE COURT, ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that, effective July 1, 2020, Troutman Sanders LLP, counsel of record for The D&M Capital Group LLC, has changed its name to Troutman Pepper Hamilton Sanders LLP (Troutman Pepper).

PLEASE TAKE FURTHER NOTICE that the street address, e-mail address(es), telephone number(s) and facsimile number(s) affiliated with the undersigned counsel will remain the same.

Dated: New York, New York.
       July 17, 2020

Respectfully submitted,


By:/s/ *Alissa K. Piccione*
    Aurora Cassirer
    Brett D. Goodman
    Alissa K. Piccione
    Troutman Pepper Hamilton Sanders LLP
    875 Third Avenue
    New York, NY 10022
    (212) 704-6000
    aurora.cassirer@troutman.coms
    brett.goodman@troutman.com
    alissa.piccione@troutman.com

    *Attorneys for The D&M Capital Group LLC*