Status Conference: May 4, 2021 at 10:00 a.m.
Hearing on Motion: To Be Determined

WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Alan Nisselson, Chapter 7 Trustee*
156 West 56th Street
New York, New York 10019
Tel. (212) 237-1000 / Fax. (212) 262-1215
Attorney Appearing:  Antonio J. Casas (acasas@windelsmarx.com)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 7 |
| THE D&M CAPITAL GROUP, LLC, | Case No. 19-11711-scc |
| Debtor. | |

------------------------------------------------------------------------x

| | |
|---|---|
| THE D&M CAPITAL GROUP, LLC, | |
| Plaintiff, | |
| -against- | |
| ESSEX GLOBAL TRADING, LLC, ALEKS PAUL, and "JOHN DOES," said names being fictitious and unknown, | Adv. Pro. No. 19-01300-scc |
| Defendants, | |
| -and- | |
| RADWAN DIAMOND & JEWELLERY TRADING, ULTIMATE DIAMOND CO., S.B. DIAMOND CORP., PALAWAN HOLDINGS LIMITED, and GEMCUT S.A., | |
| Nominal Defendants. | |

------------------------------------------------------------------------x

ESSEX GLOBAL TRADING, INC.,

Third-Party Plaintiff,

-against-

MOTY SPECTOR,

Third-Party Defendant.

------------------------------------------------------------------------x

{11919995:2}

## NOTICE OF STATUS CONFERENCE AND ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that:

1. The Court will hold a status conference (the "*Status Conference*") on the Motion for Entry of an Order Approving Settlements of the Adversary Proceeding and Related Bankruptcy and Insurance Claims (Doc. No. 108) (the "*Motion*") in the above captioned adversary proceeding on **May 4, 2021 at 10:00 a.m.** The Court will not hear argument on the Motion at the Status Conference.

2. The hearing on the Motion is adjourned to a date to be determined.

3. The Status Conference will be conducted telephonically pursuant to General Order M-543 of the Bankruptcy Court and Bankruptcy Judge Shelley C. Chapman's Chambers Rules, both of which may be found on the Bankruptcy Court's website at www.nysb.uscourts.gov. Parties wishing to participate in the Status Conference telephonically must register with Court Solutions. Information on how to register with Court Solutions can be found in General Order M-543 and on the Court Solutions website at https://www.court-solutions.com/.

Dated: New York, New York  
      April 29, 2021

WINDELS MARX LANE & MITTENDORF, LLP  
*Attorneys for Alan Nisselson, Chapter 7 Trustee*

By:   */s/ Antonio J. Casas*  
      Antonio J. Casas (acasas@windelsmarx.com)  
      156 West 56th Street  
      New York, New York 10019  
      Tel. (212) 237-1000 / Fax. (212) 262-1215